```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                  Case No. 08-cr-79-PB

**Joseph Gelinas**

### **O R D E R**

The defendant, through counsel, has moved to continue the September 3, 2008 trial in the above case, citing the need for additional time to negotiate a plea agreement prior to trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 3, 2008 to November 4, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 20, 2008 final pretrial conference is continued to October 20, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 19, 2008

cc:  Jonathan R. Saxe, Esq.
     Jennifer C. Davis, AUSA
     United States Probation
     United States Marshal